IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

KIBROM RESSOM,                    :

    Petitioner,                   :

vs.                               :       CA 06-0528-WS-C

MICHAEL CHERTOFF, etc.,           :
et al.,
                                      :

    Respondents.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, is due to be **DISMISSED WITHOUT PREJUDICE** as moot.

    **DONE** and **ORDERED** this 21st day of December, 2006.

                                          s/WILLIAM H. STEELE
                                          UNITED STATES DISTRICT JUDGE